UNITED STATES CORPORATE, NATIONALIST MAFIA
DISTRICT OF OKLAHOMA

BRENT 'sixie6e' ELISENS,                    INITIAL COMPLAINT
    Plaintiff,
v.
DISHONORABLE, ABUSIVE AUTHORITY              Jury Trial: YES
JEQUITA H NAPOLI
    Defendant                                CIV-23-323-PRW

PREVIOUSLY LISTED AS A VICTIM, NAPOLI REFUSED TO RECUSE HERSELF(audio), GETS DEPUTY TO DELETE THE RECORDINGS(audio), MOTION TO CHARGE NAPOLI UNDER §21-454 Destroying evidence, §21-491 Perjury, §21-781 False rumors, §21-343 Violation of official conduct, MOTION FOR A §21-132 Proceeding to retroactively impeach, MOTION TO OVERTURN CORRUPT & REVENGE RULINGS, §12-1441 VOCR

    **2009/10.** My son's mother in a bid for custody/revenue, teamed up with people and filed fraudulent protective orders claiming they feared for their lives(PO-2009-214, PO-2010-467, 2010-75). Judge Jequita Napoli presiding. They were granted by default because I was not there. I never threatened to kill them, never grabbed anyone's neck. Their accusations *are* false. I get a federal case for threatening police in response(10-CR-00343-C). *Jequita Napoli is listed as a victim in that case:*



    **2011-2013.** In state court I plead *nolo contendere* so that I can get out of jail, as many people do. In federal court I plead guilty to do the same, as they have a ~98% conviction rate and I get 2 points off the sentencing guidelines for Acceptance of Responsibility. I was bounced back and forth between state and federal custody. I was released from federal custody on federal probation. They did not give me credit for 6 months I sat in jail.

    **2016/2017.** I filed for joint custody. My son's mother teams up with an ex-girlfriend(Holly Moore) to hijack custody & extort revenue(PO-2016-190 & PO-2016-191). Their accusations are not only scripted(read them side by side), but simple & cliche.

    *Judge Jequita Napoli, listed as a victim in my 2010 federal case, presides over both, refuses to recuse herself 5A § 2.11, and rules against me in a revenge ruling.* I showed Napoli recordings, texts, and videos proving my son's mother and team are lying however, Napoli was already filling out the finalized protective order before I was even given a chance to speak:

UNITED STATES CORPORATE, NATIONALIST MAFIA
DISTRICT OF OKLAHOMA

BRENT 'sixie6e' ELISENS,                           INITIAL COMPLAINT
    Plaintiff,
v.
DISHONORABLE, ABUSIVE AUTHORITY                    Jury Trial: YES
JEQUITA H NAPOLI
    Defendant

PREVIOUSLY LISTED AS A VICTIM, NAPOLI REFUSED TO RECUSE
HERSELF(audio), GETS DEPUTY TO DELETE THE RECORDINGS(audio),
MOTION TO CHARGE NAPOLI UNDER §21-454 Destroying evidence, §21-491
Perjury, §21-781 False rumors, §21-343 Violation of official
conduct, MOTION FOR A §21-132 Proceeding to retroactively impeach,
MOTION TO OVERTURN CORRUPT & REVENGE RULINGS, §12-1441 VOCR

**2009/10.** My son's mother in a bid for custody/revenue, teamed up with people and filed fraudulent protective orders claiming they feared for their lives(PO-2009-214, PO-2010-467, 2010-75). Judge Jequita Napoli presiding. They were granted by default because I was not there. I never threatened to kill them, never grabbed anyone's neck. Their accusations *are* false. I get a federal case for threatening police in response(10-CR-00343-C). *Jequita Napoli is listed as a victim in that case:*



**2011-2013.** In state court I plead *nolo contendere* so that I can get out of jail, as many people do. In federal court I plead guilty to do the same, as they have a ~98% conviction rate and I get 2 points off the sentencing guidelines for Acceptance of Responsibility. I was bounced back and forth between state and federal custody. I was released from federal custody on federal probation. They did not give me credit for 6 months I sat in jail.

**2016/2017.** I filed for joint custody. My son's mother teams up with an ex-girlfriend(Holly Moore) to hijack custody & extort revenue(PO-2016-190 & PO-2016-191). Their accusations are not only scripted(read them side by side), but simple & cliche.

*Judge Jequita Napoli, listed as a victim in my 2010 federal case, presides over both, refuses to recuse herself 5A § 2.11, and rules against me in a revenge ruling.* I showed Napoli recordings, texts, and videos proving my son's mother and team are lying however, Napoli was already filling out the finalized protective order before I was even given a chance to speak:

```
https://www.oscn.net/dockets/GetCaseInformation.aspx?
db=cleveland&number=PO-2016-191&cmid=2226615
```

I recorded the hearings and I recorded Napoli. She gets the deputy to try to delete them while refusing to recuse herself:

*https://www.youtube.com/watch?v=LwDuavq2Ix8*



I assumed they would want recordings of them doing grimey things deleted so of course I am going to rename them to keep them, offering up dummy files for deletion. I am being silenced with paperwork. You can serve on all kinds of committees/boards for decades and in retirement and still be corrupt, abusive authority. "*Silence & discredit the challenger that, with evidence, holds valid challenge to our abusive authoritarian actions!*" Courts allowing a single judge to oversee criminal cases, orders of protection, custody, visitation, and divorce matters for a single family is a socially & financially lucrative racket for you isn't it?

I have no recourse in state court for these existential *and* constitutional rights violations. These rulings were used as leverage for future social maliciousness. The Council on Judicial Complaints has little or no power to handle complaints against judges [Okla, Stat. tit. 5A § 1] or they, like you most likely will in *this* case, use any wording they can find/twist to protect their fellow robed tyrant:



*'Those verifiable facts are of great concern but we have wording that allows us to tell you to go fuck yourself with jalapeno Vaseline deep fried in politeness.'* You tread on us, you exploit us for our cheap labor, you socially divide & dominate us, and you do so with nationalist, militant, system enforcers that kill us for non-compliance with arbitrary, existentially invalid directives. Then, when we display symbolism disloyal to you, we get 10 years in prison. *That is tyranny*. Who cares about a piece of cloth compared to that? TYRANTS AND THEIR SYMBOLISM/PROPAGANDA. Do you really think we love seeing your enforcers' Blue Stripe Bandit flags everywhere on the trucks of nationalist, middle class degenerates that have a chronic case of polishing authoritarian, bald eagle phallus? The difference is we don't silence or incarcerate them for supporting criminals. I don't wave flags because I am not a gang member, I am just using that as an example showing the absurdity & tyranny of your legal garbage. *When we, as forced citizens of your nationalist heap, must comply with injustice and submit to social abuse or we get incarceration or*

*death, that is tyranny.* If you lie in legal work to involuntarily commit people, if you jump people that are minding their business walking home from work, if you maliciously help destroy a family, and/or if you sign off on such behaviors with unrelated wording - you need not be employed in any position of authority. You are trampling and exploiting the vulnerable.

ROBED, BADGED, & LICENSED ABUSIVE AUTHORITIES most likely find my words offensive. Well, society finds their behaviors offensive. Using anger at injustice to justify injustice *is authoritarian abuse.* **Polite is another abusive authoritarian tool for social oppression.** "*You don't get to speak unless you speak what/how I say you speak!*" Or...you just won't rule in favor of. Policy, polis, police, politics, politicians...polite. Garbage. Abusive, authoritarian heap. https://blog.apaonline.org/2022/05/10/tone-policing-and-the-assertion-of-authority/

Many books and sites prove how often judicial decisions are nothing but irrational, oppressive, system enforcing directives meant to dominate the lower classes and keep the socially and environmentally destructive, industrial, corporate, war machine mislabeled a 'country' steamrolling. Illustrated example:

IND
THE SCIENCES

Lunchtime Leniency: Judges'
Rulings Are Harsher When They
Are Hungrier

Let's pretend I do get a judgment from a robed authority in my favor. *What would change?* Is it going to stop the Enzo, the Tyre Nichols, the Zachary Hammond, the Craig Ridley, the Adrian Schoolcraft situations? Is it going to stop these admins & enforcers or will they just get hired elsewhere in the same field, getting shuffled around like those catholic priests that have sex with kids? Begging nationalist system enforcers' rich masters to protect us from them has never worked throughout history. Standing up for ourselves doesn't work, either. You just use that as excuse to tighten the chains harder. Trapped. No recourse. **Tyranny.** When what you say is law even when you are wrong, and you have others enforce it with violence - what do you call that?

How are you any different from the mafia?

- You protect your own organization and exploit the general public, a nationalist gang fulfilling your self-interest at our expense.
- You took over the numbers racket(lottery).
- Your enforcers(buttonmen) extort wages and call it *safety*, then punish people when they cannot pay.
- You send your enforcers with violence and kidnap people for ransom(bail) if they do not comply with your system wording. Wording constructed by those in power with wealth seeking to maintain power and wealth, utilizing mindless stormtroopers to do so.
- **You should be indicted under your own RICO Act.** You maintain your obscene authority with fear and force. You cause so much more social harm than you claim to protect people from. Your system co-

opted *morality* and sullied it with nationalist garbage. Social cycles throughout history show that authoritarian abuse to maintain the 'crime' and social problems created by the authority's socioeconomic system, as an industry to keep the Ponzi scheme economy afloat, is neither a socially nor physically sustainable business model:

*The Use of Police as Robbers for the Government and the Social Harm Resulting from That Use:*

`https://www.scirp.org/journal/paperinformation.aspx?paperid=85056`

RELIEF:

```
################################################################
def state_justice():
    if 'honor' and 'integrity' == True:
        #Issue statement invalidating DISHONORABLE, ABUSIVE
    AUTHORITY Jequita Napoli's rulings in cases: PO-2009-214, PO-
    2010-467, 2010-75, PO-2016-190, PO-2016-191.
        #Issue same statement invalidating Napoli's rulings to my
    son Malachi Justice Marti, to his mother, and to each
    plaintiff in those cases.
        #Charge Napoli under §21-454 Destroying evidence, §21-491
    Perjury, §21-781 False rumors, §21-343 Violation of official
    conduct.
        #Retroactively impeach Napoli.
        #Fire her clerk.
        #Return every dollar you fucking stole from me but give
    half to the Parental Alienation Awareness Organization
    https://www.paaousa.org/ and half to the False Accusation
    Support Organization https://www.falseaccusationusa.org/.
    else:
        #Intertia fallacy to save state face and maintain abusive
    authority & social oppression.
state_justice()

################################################################
```

Brent Elisens 04/13/2023
PO Box 922
S. CHINA, ME 04358
207 631 7973



https://archive.org/details/internetblackout