## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRENT ELISENS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-23-323-PRW |
| JEQUITA H. NAPOLI, | ) ) ) |
| Defendant. | ) ) |

### ORDER

This case comes before the Court on Magistrate Judge Shon T. Erwin's Report & Recommendation (Dkt. 4), recommending that Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. 2) be denied for failure to cure deficiencies and that this action be dismissed unless Plaintiff pays the $402.00 filing fee in full to the Clerk of the Court within twenty (20) days of any order adopting the Report and Recommendation. Plaintiff filed a document purporting to object to the Report & Recommendation, but that document fails to engage with Magistrate Judge Erwin's analysis or conclusions.

The Court has reviewed the Report & Recommendation *de novo* and agrees with the conclusions therein. Accordingly, the Court hereby **ADOPTS** the Report & Recommendation (Dkt. 4) and **DENIES** Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. 2). Plaintiff is hereby **ORDERED** to pay the $402.00 filing fee in full to the Clerk of the Court within twenty (20) days of this Order. If Plaintiff fails to pay the filing fee in full by this deadline, Plaintiff's action will be dismissed.

**IT IS SO ORDERED** this 31st day of May 2023.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE